IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH BROWN,<br><br>   Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant. | Civil Action No.<br><br>1:20-cv-04778-MLB-JSA<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Brown and Defendant Costco Wholesale Corporation, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 30th day of March, 2021.

| **BARRETT & FARAHANY** | **SEYFARTH SHAW LLP** |
|---|---|
| s/ *Adian R. Miller* | s/ *John T. Murray* |
| Adian R. Miller | John T. Murray |
| Georgia Bar No. 794647 | Georgia Bar No. 531998 |
| *Attorney for Plaintiff* | Jade M. Gilstrap |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 992400 |
| Atlanta, Georgia 30309 | Ariel D. Fenster |
| (404) 214-0120 | Georgia Bar No. 420858 |
| adian@justiceatwork.com | *Attorneys for Defendant* |
| | 1075 Peachtree Street, N.E., Suite 2500 |
| | Atlanta GA, 30309 |
| | (404) 888-1020 |
| | jmurray@seyfarth.com |
| | jgilstrap@seyfarth.com |
| | afenster@seyfarth.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-04778-MLB-JSA<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Murray
jmurray@seyfarth.com
Jade Gilstrap
jgilstrap@seyfarth.com
Ariel D. Fenster
afenster@seyfarth.com

Respectfully submitted this 30th day of March, 2021.

**BARRETT & FARAHANY**

s/ *Adian R. Miller*
Adian R. Miller
Georgia Bar No. 794647

3